IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO. 1:05-cv-00144-MP-AK

$6,000.00 U.S. CURRENCY,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

On August 24, 2005, a Verified Complaint of Forfeiture In Rem against the Defendant, $6,000.00 IN U.S. CURRENCY, was filed on behalf of the Plaintiff, United States of America. The complaint alleges that the Defendant, $6,000 IN U.S. CURRENCY, is forfeitable to the United States of America pursuant to 21 U.S.C. §881(a)(6) and (b).

It appears that process was fully issued in this action according to law:

That on September 24, 2005, a Notice of Action and Arrest was published in the Gainesville Sun.

That on October 7, 2005, Claimant Kabbie Wilson, was served with a copy of the Verified Complaint for Forfeiture in Rem and a copy of the Summons and Warrant of Arrest in Rem.

That on November 8, 2005, Default was entered against Kabbie Wilson for failure to plead, answer or otherwise defend in said cause.

That no other person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree Of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Defendant, $6,000.00 IN U.S. CURRENCY, be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  _17th_  day of November, 2005

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge